In the MATTER OF the Petition
of Robert L. TAYLOR for a
Writ of Habeas Corpus

No. 459, 2017

Supreme Court of Delaware.

Submitted: December 18, 2017

Decided: December 20, 2017

DISMISSED.

Shakir SWAIN, Defendant
Below, Appellant,

v.

STATE of Delaware, Plaintiff
Below, Appellee.

No. 187, 2017

Supreme Court of Delaware.

Submitted: December 6, 2017

Decided: December 20, 2017

Court Below—Superior Court of the State of Delaware, Cr. ID No. 1512019137B

AFFIRMED.

James B. ELEY, Defendant
Below, Appellant,

v.

STATE of Delaware, Plaintiff
Below, Appellee.

No. 218, 2017

Supreme Court of Delaware.

Submitted: October 13, 2017
Decided: December 21, 2017

Court Below—Superior Court of the State of Delaware, Cr. ID No. 0908008289 (S)

AFFIRMED.

Colleen WYNN, Defendant–
Below, Appellant,

v.

STATE of Delaware, Plaintiff–
Below, Appellee.

No. 111, 2017

Supreme Court of Delaware.

Submitted: December 13, 2017

Decided: December 22, 2017

Court Below: Superior Court of the State of Delaware, Cr. ID No. K1510017985

AFFIRMED.